IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SKYLAR LEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:21-cv-00834-RP |
| | § | Jury Trial Demanded |
| WILLIAMSON COUNTY, TEXAS and | § | |
| LORENZO HERNANDEZ, JR. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Mark J. Dyer and the firm Martin, Disiere, Jefferson & Wisdom, L.L.P., and gives notice that Mark Dyer is to be added as counsel for Defendant Lorenzo Hernandez, Jr. Mark J. Dyer will be attorney in charge.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By:  */s/ Mark J. Dyer*
**MARK J. DYER**
State Bar No. 06317500
dyer@mdjwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
214-420-5500
214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANT
LORENZO HERNANDEZ, JR.**


## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE, on this the 20th day of October, 2021.

Matthew S. Manning
Webb Cason & Manning, PC
710 Mesquite Street
Corpus Christi, Texas 78401
service@wcctxlaw.com

                                                  */s/ Mark J. Dyer*
                                                  **MARK J. DYER**