AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SKYLAR LEAL

*Plaintiff(s)*

v.

WILLIAMSON COUNTY, TEXAS and LORENZO HERNANDEZ, JR.

*Defendant(s)*

Civil Action No. 1:21-CV-00834 RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LORENZO HERNANDEZ, JR.
1301 SHADY GROVE PATH
CEDAR PARK, TX 78613

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW S. MANNING
WEBB, CASON & MANNING, P.C.
710 MESQUITE ST.
CORPUS CHRISTI, TX 78401
T: (361) 887-1031
E: MATT@WCCTXLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
CLERK OF COURT

Date: September 20, 2021



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00834

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*See Attached Affidavit*

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-00834RP

Plaintiff:
**Skylar Leal**

vs.

Defendant:
**Williamson County, Texas and Lorenzo Hernandez, Jr.**

For:
Webb, Cason & Manning, P.C.
710 Mesquite Street
Corpus Christi, TX 78401

Received by Texas Priority Process Service, Inc. on the 21st day of September, 2021 at 11:34 am to be served on **Lorenzo Hernandez, Jr., 1301 Shady Grove Path, Cedar Park, Williamson County, TX 78613.**

I, Emmanuel F. Morales, being duly sworn, depose and say that on the **1st day of October, 2021** at **6:38 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons and Plaintiff's Original Complaint** with the date of service endorsed thereon by me, to **Amy Hernandez as Spouse** at the address of **212 Tricia Ln, Hutto, Williamson County, TX 78634**, the within named person's usual place of abode, who resides therein, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/1/2021 6:38 pm Delivered to Amy Hernandez, spouse, 36 years of age, female, White, height 5'4", 136 lb, brown hai . Date of birth 5/ 28 / 8 . They both reside at this residence at 212 Tricia Ln, Hutto, TX 78634.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 4 day of October, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KATHERINE A. MITCHELL
Notary Public, State of Texas
Comm. Expires 10-10-2022
Notary ID 13175599

_____
Emmanuel F. Morales
PSC-10708, Exp. 12/31/21
10-04-2021
Date

Texas Priority Process Service, Inc.
P.O. Box 852188
Mesquite, TX 75185
(214) 742-3100

Our Job Serial Number: ATX-2021010035

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.11